UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHRISTOPHER LEE- MURRAY BEY,

    Plaintiff,

v.

                                 Case No. 14-cv-13743

                                 HON. DENISE PAGE HOOD

ADAM FALK, et al.,

    Defendants.
_____/

## ORDER STAYING CASE
## AND
## ADMINISTRATIVELY CLOSING CASE

Defendants in this matter have filed Notices of Appeal from the Court's various Orders denying motions for summary judgment and reconsideration.[1] (Doc. Nos. 63, 66) "A denial of summary judgment is generally not a final judgment." *Haynes v. City of Circleville, Ohio,* 474 F.3d 357, 361 (6th Cir. 2007)(quoting *Hoover v. Radabaugh,* 307 F.3d 460, 465 (6th Cir. 2002)). A denial of summary judgment on the ground of qualified immunity may be appealed as a collateral order where (1) the defendant is a public official asserting the defense of qualified immunity and (2) the issue appealed concerns not which facts the parties might be able to prove, but whether certain alleged facts reflect a violation of clearly established law. *Haynes,*

---

[1] Plaintiff also filed a Notice of Appeal to the United States Supreme Court. (Doc. No. 153)

474 F.3d at 361. The Court will stay the matter until the resolution of the appeals. *See Mithcell v. Forsyth,* 472 U.S. 511 (1985).

Accordingly,

IT IS ORDERED that this action is **STAYED and ADMINISTRATIVELY CLOSED.** The action may be reopened after a party provides the Court with notice that a mandate has been issued from the Sixth Circuit Court of Appeals.

S/Denise Page Hood  
Denise Page Hood  
Chief Judge, United States District Court

Dated: April 4, 2018

I hereby certify that a copy of the foregoing document was served upon counsel of record on April 4, 2018, by electronic and/or ordinary mail.

S/LaShawn R. Saulsberry  
Case Manager